UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Emiliano J. Ramos,

Petitioner,

v.

Warden Birkholz,

Respondent.

Case No. 2:26-cv-00893-WLH-DMK

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is dismissed without prejudice;
3. Respondent's Motion to Dismiss is denied as moot;
4. Judgment shall be entered dismissing the Petition without prejudice; and
5. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

It IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 11, 2026

Honorable Wesley L. Hsu
United States District Judge