JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emiliano J. Ramos, Petitioner, v. Warden Birkholz, Respondent. | Case No. 2:26-cv-00893-WLH-DMK **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: September 11, 2026

Honorable Wesley L. Hsu
United States District Judge